**Dismissed and Opinion Filed September 15, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00217-CV

**BRIDGET SKINNER, VICTOR WEBSTER AND ALL OTHER OCCUPANTS OF 3015 GOLDENROD DR. LANCASTER, TX 75134, Appellants**

**V.**

**WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-1, ASSET-BACKED CERTIFICATES, SERIES 2007-1, Appellee**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-16-00457-D**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Justice Stoddart

Before the Court is appellee's September 1, 2016 motion to dismiss the appeal. In the motion, appellee asks the Court to dismiss the appeal for want of prosecution. By postcard dated August 20, 2016, we notified appellants the time for filing their brief had expired. We directed appellants to file within ten days their brief and a motion for extension complying with Rules 10.1(a) and 10.5(b) of the Texas Rules of Appellate Procedure. We notified appellants that the appeal would be dismissed if they failed to file their brief and an extension motion within the time specified. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellants have not filed their brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we **GRANT** appellee's motion and we **DISMISS** this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Craig Stoddart/

CRAIG STODDART
JUSTICE

160217F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

BRIDGET SKINNER, VICTOR WEBSTER AND ALL OTHER OCCUPANTS OF 3015 GOLDENROD DR. LANCASTER, TX 75134, Appellants

No. 05-16-00217-CV     V.

WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-1, ASSET-BACKED CERTIFICATES, SERIES 2007-1, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-16-00457-D.
Opinion delivered by Justice Stoddart. Chief Justice Wright and Justice Lang-Miers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-1, ASSET-BACKED CERTIFICATES, SERIES 2007-1 recover its costs of this appeal from appellants BRIDGET SKINNER, VICTOR WEBSTER AND ALL OTHER OCCUPANTS OF 3015 GOLDENROD DR. LANCASTER, TX 75134.

Judgment entered this 15th day of September, 2016.